NUMBER 13-04-413-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN THE INTEREST OF B.A.H., A MINOR CHILD
____________________________________________________________________

On appeal from the 139th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellants, Sonia Ann Harris and Ashleigh Nicole Lehmann, perfected an appeal
from a judgment entered by the 139th District Court of Hidalgo County, Texas, in
cause number F-3435-03-C. The clerk’s record was filed on August 10, 2004. The
reporter’s record was filed on August 31, 2004. Appellant’s brief was due on
September 30, 2004. To date, no appellate brief has been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On November 29, 2004 and December 14, 2004, notices were given to all
parties that this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellants were given ten days to explain why the cause should not be dismissed for
failure to file a brief. To date, no response has been received.
         The Court, having examined and fully considered the documents on file,
appellants’ failure to file a proper appellate brief, this Court’s notice, and appellants’
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 7th day of April, 2005